## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| VERNA HAWKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 16-1104-JWL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

This matter is before the court on the unopposed motion of the Commissioner for the court to reverse the final decision of the Commissioner before the court in this case. (Doc. 16). In her motion, the Commissioner confesses error in the decision below and asserts that "reversal and remand for further proceedings is appropriate." Id. at 1. She also informs the court that she has contacted Plaintiff's attorney who has no opposition to remand in accordance with the fourth sentence of 42 U.S.C. § 405(g). Id. The court notes that in her Brief before this court, Plaintiff presented the argument that the Commissioner erred below in weighing the medical opinions of record. (Doc. 11). The court expects that the Commissioner shall consider those claims on remand.

**IT IS THEREFORE ORDERED** that the Commissioner's final decision in this case shall be REVERSED and that judgement shall be entered REMANDING this case for further proceedings in accordance with the fourth sentence of 42 U.S.C. § 405(g).

Copies of this order shall be provided to counsel of record for the parties.

Dated November 7, 2016, at Kansas City, Kansas.

                                         s:/ John W. Lungstrum
                                         **John W. Lungstrum**
                                         **United States District Judge**